```
 1  TRACY L. WILKISON
    Acting United States Attorney
 2  SCOTT M. GARRINGER
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  VICTOR A. RODGERS
    California Bar No. 101281
 6  Assistant United States Attorney
    Asset Forfeiture Section
 7       Federal Courthouse, 14th Floor
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213) 894-2569
 9       Facsimile: (213) 894-0142
         E-mail: Victor.Rodgers@usdoj.gov
10
    Attorneys for
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| IN THE MATTER OF THE SEIZURE OF $489,940.00 IN U.S. CURRENCY | Case No. 2:21-CM-00229 STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE; [PROPOSED] ORDER THEREON LODGED UNDER SEPARATE COVER |
|---|---|

It is hereby stipulated by and between the United States of America ("United States" or "the government"), on the one hand, and claimant Victoria Sokolova (the "claimant"), on the other hand, by and through their respective attorneys, as follows:

1.  Pursuant to the claim that the United States alleges was received by the Federal Bureau of Investigation (the "FBI") on June 22, 2021, claimant filed a claim in the FBI administrative forfeiture proceedings to $489,940.00 in U.S.

Currency (United States Asset Identification Number 21-FBI-003096) (the "property.")

2. It is the United States' position that the FBI sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties, the time has expired for any person to file a claim to the property under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the property as required by law in the administrative forfeiture proceedings.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case would be September 20, 2021, unless the court extends the deadline for good cause shown or by agreement of the parties.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to November 19, 2021 the time in which the United States is required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture, so that the government can investigate this matter and determine whether this matter can be settled without the government having to initiate a civil judicial forfeiture action.

5. Claimant knowingly, intelligently, and voluntarily gives up any right claimant may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the property alleging that the property is

subject to forfeiture by September 20, 2021 and any right claimant may have to seek dismissal of any complaint on the ground that it was not filed on or before such date.

6.  The parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the property alleging that the property is subject to forfeiture shall be extended to November 19, 2021.

SO STIPULATED.

DATED: September 14, 2021    TRACY L. WILKISON
                             Acting United States Attorney
                             SCOTT M. GARRINGER
                             Assistant United States Attorney
                             Chief, Criminal Division
                             JONATHAN GALATZAN
                             Assistant United States Attorney
                             Chief, Asset Forfeiture Section


                              /s/ Victor A. Rodgers
                             VICTOR A. RODGERS
                             Assistant United States Attorney

                             Attorneys for
                             United States of America

DATED: September 14, 2021    AKERMAN LLP



                              /s/ per email authorization
                             AYMAN RIZKALLA

                             Attorney for Claimant
                             VICTORIA SOKOLOVA

**PROOF OF SERVICE**

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, California 90012.

On **September 14, 2021**, I served a copy of: **STIPULATION EXTENDING UNITED STATES OF AMERICA'S TIME TO FILE COMPLAINT FOR FORFEITURE** upon each person or entity named below:

**X** By Electronic Mail: By transmitting said document(s) to the email address(es) listed below.

> **Ayman Rizkalla**
> **Akerman LLP**
> **750 Ninth Street, N.W., Suite 750**
> **Washington, D.C. 20001**
> **ayman.rizkalla@akerman.com**
>
> **Attorneys for**
> **VICTORIA SOKOLOVA**

I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this Court, at whose direction the service was made, and that the foregoing is true and correct.

Executed on **September 14, 2021** at Los Angeles, California.

/s/ Helen Wu
**HELEN WU**
Senior Paralegal